**Motion Denied; Order filed January 8, 2015.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-14-00272-CR

———————

**JEREMY PATRICK SHAKESNIDER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 400th District Court
Fort Bend County, Texas
Trial Court Cause No. 11-DCR-59007A**

## ORDER

Appellant is represented by appointed counsel, Michael W. Elliott. Appellant's brief was originally due October 8, 2014**.** We granted a total of 82 days extension of time to file appellant's brief until December 29, 2014. When we granted the last extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed. On December 31, 2014,

counsel filed a further request for extension of time to file appellant's brief. Counsel did not allege any exceptional circumstances in the request.

We deny the request for extension and issue the following order.

Accordingly, we order Michael W. Elliott to file a brief with the clerk of this Court on or before January 29, 2015. If counsel does not timely file appellant's brief as ordered, the Court will issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.

PER CURIAM

Panel consists of Justices Christopher, Donovan, and Wise